United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HAMED EKSIRI,<br><br>   Plaintiff,<br><br>  v.<br><br>SECRETARY OF THE DEPARTMENT<br>OF HOMELAND SECURITY (DHS), et al.,<br><br>   Defendants. | Case No.  26-cv-02101-LB<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:25-cv-06206-JST Eksiri v. Noem et al.

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-02101-LB