UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAMED EKSIRI,

         Plaintiff,

     v.

SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY (DHS), et al.,

         Defendants.

Case No. 26-cv-02101-JST

**ORDER TO SHOW CAUSE**

Plaintiff Hamed Eksiri filed this case on March 11, 2026.  As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the Defendants as required by Rule 4(m) of the Federal Rules of Civil Procedure.

The Court conducted a case management conference on July 7, 2026, but no party appeared.

In a related case, *Eksiri v. Mullin*, 25-cv-6206-JST, parties filed a stipulation to remand that case to United States Citizenship and Immigration Services ("USCIS") on June 29, 2026.  25-cv-6206-JST, ECF No. 25.  The stipulation stated that upon remand, USCIS would issue a decision on Eksiri's naturalization application within 7 days.  *Id*.  The Court granted the stipulation on July 8, 2026.  *Id.*, ECF No. 26.

Plaintiff is ordered to show cause why the present case should not be dismissed pursuant to Rule 4(m).  A written response to this order is due July 17, 2026.  If no response is received, the case will be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil

/ / /

/ / /

/ / /

Procedure.  In the alternative, on or before July 17, 2026, Plaintiff may either dismiss this case with or without prejudice, or file a stipulation to remand to USCIS to join the related case.

**IT IS SO ORDERED.**

Dated:  July 8, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California