CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAMED EKSIRI,<br><br>               Plaintiff,<br><br>    v.<br><br>MARKWAYNE MULLIN[1], Secretary, United States Department of Homeland Security, *et al.*,<br><br>               Defendants. | Case No. 4:26-cv-02101 JST<br>(*related to* 4:25-cv-6206 JST)<br><br>**JOINT STIPULATION TO REMAND; [~~PROPOSED~~ ORDER]** |

      Plaintiff filed this mandamus action seeking adjudication of his Form N-400, Application for Naturalization. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on September 30, 2025, on his Form N-400 application.  The parties, through their undersigned counsel of record, hereby stipulate as follows:

      1.    The Court shall remand this case to USCIS directing the agency to take call necessary action and issue a decision on Plaintiff's application for naturalization within 7 days of the remand, absent unforeseen circumstances.

      2.    Upon approval of Plaintiff's N-400 application, USCIS will schedule Plaintiff an oath

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
4:26-cv-02101 JST                         1

ceremony at the earliest available date.

3.    If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frames set forth above, Defendants agree not to oppose any motion by Plaintiff requesting that the Court vacate the remand order and reassert jurisdiction over Plaintiff's action.

4.    Each of the parties shall bear their own costs and fees.

5.    Seeing that Defendants have made an appearance, the Court will vacate the order to show cause issued on July 8, 2026.  ECF No. 15.

Dated: July 8, 2026                                         Respectfully submitted,[2]

                                                           CRAIG H. MISSAKIAN
                                                           United States Attorney


                                                            /s/ Molly A. Friend
                                                           MOLLY A. FRIEND
                                                           Assistant United States Attorney
                                                           Attorneys for Defendants


Dated: July 8, 2026

                                                            /s/ Sahar Mousavi
                                                           SAHAR MOUSAVI
                                                           Attorney for Plaintiff


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 13, 2026

                                                           _____
                                                           JON S. TIGAR
                                                           United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
4:26-cv-02101 JST                                          2